THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYTTMAB, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, LLC,<br><br>Defendant. | Case No.: 2:20-cv-00615-MJP<br><br>ORDER ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>NOTED ON MOTION CALENDAR: MAY 13, 2020 |

AND NOW, this 13th day of May, 2020, upon consideration of the Stipulated Motion to Extend Time to Respond to Complaint,

**IT IS ORDERED** that Stipulated Motion to Extend Time to Respond to Complaint is GRANTED. GoDaddy shall respond to the Complaint on or before June 4, 2020.

Dated: May 13, 2020

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER ON STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT - 1
2:20-CV-00615-MJP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER ON STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT - 2
2:20-CV-00615-MJP