THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYTTMAB, LLC, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>GODADDY.COM, LLC,<br><br>             Defendant. | Case No.: 2:20-cv-00615-MJP<br><br>ORDER ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE<br><br>NOTED ON MOTION CALENDAR: JUNE 13, 2020 |

AND NOW, this 5th day of June, 2020, upon consideration of the Stipulated Motion to Extend Time to Respond to Complaint,

**IT IS ORDERED** that Stipulated Motion to Extend Time to Respond to Complaint and Set is GRANTED.  GoDaddy shall respond to the Complaint on or before June 12, 2020. Wyttmab shall file a response to any motion on or before July 2, 2020, and GoDaddy may reply on or before July 10, 2020.

Dated: June 5, 2020.

_____
Marsha J. Pechman
United States District Judge

ORDER ON STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT - 1
2:20-CV-00615-MJP